THE STATE *ex rel.* DOPKINS, *Public Administrator, Plaintiff in Error*, v. HITCHCOCK *et al.*

**Practice in Supreme Court.** The Supreme Court will only review the record proper in a cause, where it fails to appear that any exceptions were taken to the action of the trial court in overruling the motions for new trial and in arrest of judgment.

*Error to Harrison Circuit Court.*—HON. S. A. RICHARDSON, Judge.

AFFIRMED.

*D. S. Alvord* for plaintiff in error.

*D. G. Heaston* for defendant in error.

NORTON, J.—This cause is before us on writ of error prosecuted by plaintiff from a judgment of the Harrison county circuit court, rendered in favor of defendants. The record fails to show that any exceptions were taken to the action of the court in overruling the motions in arrest of judgment and for new trial, and finding no error in the record proper, the judgment is affirmed. *St. Joseph v. Ensworth*, 65 Mo. 628. All concur.